NATHAN KRUGER, Appellant, *v.* FERN CAB CORP., Respondent.

Submitted October 2, 1950; decided October 12, 1950.

*Samuel B. Weingrad* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.